[No. 55469-7-I.   Division One.   April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKEY CALHOUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01940-8, Michael Hayden, J., entered February 17, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Coleman and Agid, JJ.

[No. 55537-5-I.   Division One.   April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN DUNN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05850-5, Michael Hayden, J., entered December 30, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55881-1-I.   Division One.   April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT RIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-04001-7, Helen Halpert, J., entered March 4, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Appelwick, C.J., and Schindler, J.

[No. 56076-0-I.   Division One.   April 23, 2007.]

THOMAS PORTER HARP, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-23163-9, Paris K. Kallas, J., entered March 22, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.